**DOCTORS TESTING CENTER, LLC II, Plaintiff–Appellant**

v.

**DEPARTMENT OF HEALTH AND HUMAN SERVICES, Sylvia Mathews Burwell[1], Secretary, Defendant–Appellee.**

No. 14–1457.

United States Court of Appeals, Eighth Circuit.

Submitted: Jan. 7, 2015.

Filed: Jan. 8, 2015.

George Brew, Jacksonville, FL, Roy Keith Vaughan, Vaughan Law Firm, Jacksonville, AR, Kelley W. Webb, Jonesboro, AR, for Plaintiff–Appellant.

Shannon S. Smith, U.S. Attorney's Office, Little Rock, AR, for Defendant–Appellee.

Before GRUENDER, BENTON, and KELLY, Circuit Judges.

**PER CURIAM.**

Doctors Testing Center, LLC II, appeals the district court's[2] adverse grant of

---

1. Sylvia Mathews Burwell has been appointed to serve as Secretary of the Department of

Health and Human Services, and is substituted as appellee pursuant to Federal Rule of Appellate Procedure 43(c).

2. The Honorable Kristine G. Baker, United States District Judge for the Eastern District of Arkansas.

summary judgment upholding the final decision of the Secretary of the Department of Health and Human Services denying Medicare reimbursement for certain audiology testing services. Following careful review, *see Medcenter One Health Sys. v. Sebelius,* 635 F.3d 348, 350 (8th Cir.2011) (standard of review), we agree with the district court that the Secretary's decision is supported by substantial evidence. *See* 42 U.S.C. § 405(g); 42 U.S.C. § 1395ff(b)(1)(A). Accordingly, the judgment is affirmed. *See* 8th Cir. R. 47B.